# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD KING,<br><br>　　　　Plaintiff,<br>vs.<br><br>TATITLEK SUPPORT SERVICES, INC.; GEONORTH, LLC,<br><br>　　　　Defendants. | Case No. 5:19-cv-02041-SVW (JPR)<br><br>Removed from San Bernardino Superior Court, Case Nos. CIVDS1923037 and CIVDS1923087<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF**<br><br>REQUEST FOR ENTRY OF JUDGMENT PER FRCP RULES 58(a) AND (d) FILED CONCURRENTLY HEREWITH |

Carothers DiSante & Freudenberger LLP

1613545.2

1  The Court issue an Order Granting Defendants TATITLEK SUPPORT
2  SERVICES, INC. and GEONORTH, LLC's Motion for Summary Judgment As to
3  Plaintiff's Entire Action on March 17, 2020.
4  Accordingly, the Court hereby ADJUDGES, DETERMINES, and DECREES
5  that JUDGMENT BE ENTERED in favor of Defendants TATITLEK SUPPORT
6  SERVICES, INC. and GEONORTH, LLC and against Plaintiff MOHAMAD KING.

8  **JUDGMENT IS HEREBY ENTERED.**

11 Dated: ___May 12__, 2020

_____
Hon. Stephen V. Wilson
Judge, United States District Court

1613545.2

1

JUDGMENT